Appeal Nos. 2016-1619, 2016-1621

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SUPERNUS PHARMACEUTICALS, INC.,

*Plaintiff-Appellee,*

v.

ACTAVIS INC.,
ACTAVIS PHARMA, INC.,
ANDA, INC.,
WATSON LABORATORIES, INC.
AND
WATSON LABORATORIES, INC.-FLORIDA

*Defendants-Appellants.*

APPEALS FROM THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY
IN CASE NOS. 1:13-cv-04740-RMB-JS and 1:14-cv-01981-RMB-JS,
JUDGE RENÉE MARIE BUMB.

**JOINT NOTICE OF INTENT TO FILE
CORRESPONDING ELECTRONIC BRIEFS**

Pursuant to Fed. Cir. R. 32(e)(1), Plaintiff-Appellee Supernus Pharmaceuticals, Inc. and Defendants-Appellants Actavis Inc., Actavis Pharma, Inc., Anda, Inc., Watson Laboratories, Inc., and Watson Laboratories, Inc.-Florida hereby notify the Court that they intend to file corresponding electronic versions of their principal and reply briefs, and that all parties consent to such filing.

Dated: March 8, 2016                              Respectfully Submitted,

/s/ Edgar H. Haug                                 /s/ Charles A. Weiss

Edgar H. Haug
Nicholas F. Giove
Andrew S. Roper
Jonathan A. Herstoff
Rachael P. McClure
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151
Tel: (212) 588-0800
Fax: (212) 588-0500

Charles M. Lizza
William C. Baton
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102
Tel: (973) 286-6700
Fax: (973) 286-6800

*Counsel for Plaintiff-Appellee Supernus Pharmaceuticals, Inc.*

Charles A. Weiss
Eric H. Yecies
Nicholas P. Chiara
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Tel: (212) 513-3200
Fax: (212) 385-9010

*Counsel for Defendants-Appellants Actavis Inc., Actavis Pharma, Inc., Anda, Inc., Watson Laboratories, Inc., and Watson Laboratories, Inc.-Florida*

## ECF-3(B)(2) REPRESENTATION

Pursuant to this Court's Administrative Order Regarding Electronic Case Filing, the undersigned represents under ECF-3(b)(2) that counsel for Defendants-Appellants Actavis Inc., Actavis Pharma, Inc., Anda, Inc., Watson Laboratories, Inc., and Watson Laboratories, Inc.-Florida consented to their signature on this Joint Notice of Intent to File Corresponding Electronic Briefs.

Respectfully submitted,

/s/ Nicholas F. Giove

Nicholas F. Giove
*ngiove@flhlaw.com*
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151
Tel: (212) 588-0800
Fax: (212) 588-0500

*Counsel for Plaintiff-Appellee*
*Supernus Pharmaceuticals, Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 8th day of March, 2016, a copy of the foregoing "JOINT NOTICE OF INTENT TO FILE CORRESPONDING ELECTRONIC BRIEFS" was filed electronically by operation of the Court's ECF system and served on all other parties through that system.

Respectfully submitted,

/s/ Nicholas F. Giove

Nicholas F. Giove
*ngiove@flhlaw.com*
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151
Tel: (212) 588-0800
Fax: (212) 588-0500

*Counsel for Plaintiff-Appellee*
*Supernus Pharmaceuticals, Inc.*