NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**SUPERNUS PHARMACEUTICALS, INC.,**
*Plaintiff-Cross-Appellant*

**v.**

**ACTAVIS INC., WATSON LABORATORIES, INC. - FLORIDA, nka Actavis Laboratories FL, Inc., ACTAVIS PHARMA, INC., WATSON LABORATORIES, INC., ANDA, INC.,**
*Defendants-Appellants*

———————————

2016-1619, -1621, -1763, -1764

———————————

Appeals from the United States District Court for the District of New Jersey in Nos. 1:13-cv-04740-RMB-JS and 1:14-cv-01981-RMB-JS, Judge Renee Marie Bumb.

———————————

**ON MOTION**

———————————

**O R D E R**

The defendants-appellants move unopposed to extend the time to file their opening brief on May 9, 2016, the plaintiff-cross-appellant's opening brief on July 8, 2016, the defendants-appellants' response and reply brief on

2              SUPERNUS PHARMACEUTICALS, INC. v. ACTAVIS INC.

August 17, 2016, and the plaintiff-cross-appellant's reply brief on August 31, 2016.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31