NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SUPERNUS PHARMACEUTICALS, INC.,**
*Plaintiff-Appellee*

v.

**ACTAVIS INC., WATSON LABORATORIES, INC. - FLORIDA, nka Actavis Laboratories FL, Inc., ACTAVIS PHARMA, INC., WATSON LABORATORIES, INC., ANDA, INC.,**
*Defendants-Appellants*

---

2016-1619

---

Appeal from the United States District Court for the District of New Jersey in No. 1:13-cv-04740-RMB-JS, Judge Renee Marie Bumb.

-------------------------------------------------------------------

**SUPERNUS PHARMACEUTICALS, INC.,**
*Plaintiff-Cross-Appellant*

v.

**ACTAVIS INC., WATSON LABORATORIES, INC. - FLORIDA, nka Actavis Laboratories FL, Inc., ACTAVIS PHARMA, INC., WATSON LABORATORIES, INC., ANDA, INC.,**
*Defendants-Appellants*

2        SUPERNUS PHARMACEUTICALS, INC. v. ACTAVIS INC.

---

2016-1621, -1763, -1764

---

Appeals from the United States District Court for the District of New Jersey in Nos. 1:13-cv-04740-RMB-JS, 1:14-cv-01981-RMB-JS, Judge Renee Marie Bumb.

---

**ON MOTION**

---

**O R D E R**

The parties jointly move to dismiss 2016-1621, 2016-1763, and 2016-1764 and to set the briefing schedule.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted. 2016-1621, 2016-1763, and 2016-1764 are dismissed. Each side shall bear its own costs as to those appeals.

(2) Appellants' principal brief in 2016-1619 is due no later than May 9, 2016; Appellee's response brief is due no later than July 8, 2016; and Appellants' reply brief is due no later than July 22, 2016.

(3) The revised official caption for 2016-1619 is reflected above.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s25

ISSUED AS A MANDATE (as to 2016-1621, 2016-1763, and 2016-1764 only): <u>May 10, 2016</u>